JS-6

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  JAMES LOWTHER, | Case No. 8:22-cv-00170-FLA-PD |
| 12         Plaintiff, | **JUDGMENT** |
| 13    v. | |
| 14  CITY OF IRVINE, et al., | |
| 15         Defendants. | |
| 16 | |

17

18     Pursuant to the Order Dismissing Action for Failure to Prosecute,

19 JUDGMENT IS HEREBY entered dismissing the action without prejudice.

20 Dated:  May 16, 2022

21

22                     _____

23             Honorable Fernando L. Aenlle-Rocha
              United States District Judge

24
25
26
27
28